■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH S., Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kramer, J.), rendered September 13, 1984, adjudicating him a youthful offender upon his conviction of assault in the third degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Upon the exercise of our factual review power, we find that the evidence supports the trial court's findings that the defendant acted with criminal negligence, and that the pellet gun that he admittedly fired caused the injury to the complainant's eye. Brown, J. P., Weinstein, Rubin and Kooper, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY SHIPMAN, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Curci, J.), rendered April 17, 1985, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant did not object at trial to the claimed errors in the trial court's charge to the jury, and has thus failed to preserve these claims for appellate review (CPL 470.05 [2]).

We have reviewed the defendant's other claim and find it to be without merit. Brown, J. P., Weinstein, Rubin and Kooper, JJ., concur.